### Joshua Bernard JOHNS, Plaintiff–Appellant,

v.

### Mr. SMITH, Record for Bed Assignment; Mr. Scott, Security Officer Captain, Defendants–Appellees.

No. 02–7745.

United States Court of Appeals, Fourth Circuit.

Submitted March 6, 2003.

Decided March 13, 2003.

Joshua Bernard Johns, Appellant Pro Se.

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Joshua Bernard Johns appeals the district court's order dismissing without prejudice his action under 42 U.S.C. § 1983 (2000), for failure to pay the partial filing fee. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Johns v. Smith,* No. CA–01–1270–AM (E.D.Va. filed Oct. 28, 2002; entered Oct. 29, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*